UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NUMBER 5:07cr6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KIM N. SPEARMAN, ) | |
| ) | |
| Defendant ) | |
| ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Seal Defendant's Sentencing Memorandum and Accompanying Exhibits .

Defendant makes her motion due to the highly sensitive nature of the information contained in the items she intends to file. For the reasons set forth in Defendant's Motion, Defendant's Motion to Seal is granted.

**IT IS, THEREFORE ORDERED** that the Defendant's Motion to Seal Defendant's Sentencing Memorandum and Accompanying Exhibits is **GRANTED**.

Signed: May 10, 2007

Richard L. Voorhees
United States District Judge